ORIGINAL

AO 91 (Rev. 11/82)

# CRIMINAL COMPLAINT

| UNITED STATES DISTRICT COURT | CENTRAL DISTRICT OF CALIFORNIA |
|---|---|
| UNITED STATES OF AMERICA<br>v.<br>FRANCISCO JAVIER SOLEDAD | DOCKET NO.<br><br>MAGISTRATE'S CASE NO.<br>ED17-008 |

FILED
CLERK, U.S. DISTRICT COURT
MAR 8 2017
CENTRAL DISTRICT OF CALIFORNIA
EASTERN DIVISION    BY DEPUTY

Complaint for violation of Title 18, United States Code, Sections 2251(a), (e) (Production of Child Pornography.)

| NAME OF MAGISTRATE JUDGE<br>HONORABLE DAVID T. BRISTOW | UNITED STATES MAGISTRATE JUDGE | LOCATION<br>Riverside, California |
|---|---|---|

| DATE OF OFFENSE<br>February 23, 2016, through on or about February 27, 2016 | PLACE OF OFFENSE<br>Riverside County | ADDRESS OF ACCUSED (IF KNOWN)<br>13530 Hidden Valley Street, Eastvale, California |
|---|---|---|

COMPLAINANT'S STATEMENT OF FACTS CONSTITUTING THE OFFENSE OR VIOLATION:

[18 U.S.C. § 2251(a), (e)]

On or about February 23, 2016, through on or about February 27, 2016, in Riverside County, within the Central District of California, defendant FRANCISCO JAVIER SOLEDAD, also known as (aka) "linkinparkrocks," aka "franky_soledad@yahoo.com," knowingly employed, used, persuaded, induced, enticed, and coerced a minor, namely John Doe AM, a minor boy, to engage in sexually explicit conduct for the purpose of producing a visual depiction of such conduct, knowing and having reason to know that such visual depiction would be transported and transmitted using any means and facility of interstate and foreign commerce and in and affecting interstate and foreign commerce, and which visual depiction was produced and transmitted using materials that had been mailed, shipped, and transported in and affecting interstate and foreign commerce by any means, including by computer, and which visual depiction was actually transported and transmitted using any means and facility of interstate and foreign commerce and in and affecting interstate and foreign commerce.

BASIS OF COMPLAINANT'S CHARGE AGAINST THE ACCUSED:

(See attached affidavit which is incorporated as part of this Complaint)

MATERIAL WITNESSES IN RELATION TO THIS CHARGE: N/A

| Being duly sworn, I declare that the foregoing is true and correct to the best of my knowledge. | SIGNATURE OF COMPLAINANT<br>**Jonathan Ruiz**<br>OFFICIAL TITLE<br>Special Agent – Department of Homeland Security |
|---|---|

Sworn to before me and subscribed in my presence,

| SIGNATURE OF MAGISTRATE JUDGE(1) | DATE<br>March 7, 2017 |
|---|---|

(1) See Federal Rules of Criminal Procedure 3 and 54

SAUSA Teresa K.B. Beecham 951-955-0268        REC: Detention

# AFFIDAVIT

I, Jonathon Ruiz, being duly sworn, declare and state as follows:

## I. INTRODUCTION

1. I am a Special Agent ("SA") with the United States Department of Homeland Security, Homeland Security Investigations and have been since 2007. I am presently assigned to the Homeland Security Investigations Child Exploitation Investigations Group for the Office of the Assistant Special Agent in Charge, Riverside/San Bernardino.

2. I have been assigned to work on cases involving child exploitation since 2007. I have attended numerous training classes and seminars involving the investigation of crimes against children. I, along with other law enforcement officers, have executed numerous search warrants during investigations of crimes against children. I have also interviewed multiple individuals who engaged in the possession, distribution, and receipts of child pornography.

## II. PURPOSE OF AFFIDAVIT

3. This affidavit is made in support of a criminal complaint charging FRANCISCO JAVIER SOLEDAD ("SOLEDAD") with violating of Title 18, United States Code, Sections 2251(a), (e) (Production of Child Pornography.)

4. The facts set forth in this affidavit are based upon my personal observations, my training and experience, and information obtained from various law enforcement personnel and witnesses. This affidavit is intended to show merely that there is sufficient probable cause for the requested complaint and does not purport to set forth all of my knowledge of, or investigation into, this matter. Unless specifically indicated otherwise, all conversations and statements described in this affidavit are related in substance and in part only.

5. The statements that follow are based on the observations, training, and experience, of law enforcement agents. The information in this affidavit is based in part upon information I have received verbally and in written reports from other law enforcement agents.

## III. DEFINITION OF TERMS

6. In this affidavit, "child pornography," "visual depiction," "minor," and "sexually explicit conduct," are defined as set forth in Title 18, United States Code, Section 2256.

7. Based on my knowledge, training and experience in child exploitation and child pornography investigations, and the experience and training of other law enforcement officers with whom I have had discussions, I know computers and computer technology have revolutionized the way in which individuals interested in child pornography interact with each other. Child pornography formerly was produced using cameras and film (either still photography or movies). The photographs required darkroom facilities and a significant amount of skill in order to develop and reproduce the images. There were definable costs involved with the production of pornographic images. To distribute these images on any scale required significant resources. The photographs themselves were somewhat bulky and required secure storage to prevent their exposure to the public. The distribution of these wares was accomplished through a combination of personal contacts, mailings, and telephone calls.

8. The development of computers and digital photography has changed this; computers serve four basic functions in connection with child pornography: production, communication, distribution, and storage.

9. Child pornographers can now transfer photographs from a camera onto a computer readable format with a device known as a scanner. With the advent of digital cameras, the images can now be transferred directly onto a computer. A device known as a modem allows any computer to connect to another computer through the use of telephone, cable, or wireless connection. Electronic contact can be made to literally millions of computers around the world.

10. The computer's ability to store images in digital form makes the computer itself an ideal repository for child pornography. The size of the electronic storage media (commonly referred to as the hard drive) used in home computers has grown tremendously within the last several years. These drives can store hundreds of thousands of images at very high resolution.

11.     Most cellular telephones today contain high quality digital cameras. These devices can be used to produce, store, and distribute images of child pornography via email, text message, or direct download.

## IV.  STATEMENT OF PROBABLE CAUSE

### A.  Summary of Probable Cause

12.     As set forth in greater detail below, on February 27, 2016, 13-year-old "John Doe AM" and his parents contacted Wheaton Police Department in Wheaton, Illinois to report that an individual using the Snapchat user account "linkinparkrocks" had been communicating with "John Doe AM" via the social networking application Snapchat. Initially, "linkinparkrocks" represented that he was a 13-year-old boy named "Bentley" but later changed his persona to that of "Bentley's" adult sister.

13.     According to "John Doe AM," "linkinparkrocks" requested that "John Doe AM" send him nude images and videos. After "John Doe AM" sent a video depicting "John Doe AM" masturbating, "John Doe AM" attempted to end communication with "linkinparkrocks" by blocking "Bentley" on Snapchat. "linkinparkrocks" threatened to leak the nude images and videos of "John Doe AM" on social media if "John Doe AM" did not continue to follow "linkinparkrocks'" instructions.

14.     Wheaton Police Department contacted the Department of Homeland Security for further investigation of the case and your affiant continued the investigation into SOLEDAD.

15.     Your affiant executed a federal search warrant at 13530 Hidden Valley Street, Eastvale, California (the "SOLEDAD RESIDENCE") on May 18, 2016. SOLEDAD was present at the residence at the time of the search warrant execution. During a *Mirandized* interview, SOLEDAD admitted to using the Snapchat account "linkinparkrocks" and the persona "Bentley" SOLEDAD admitted to communicating with "John Doe AM," knowing "John Doe AM" was 14 or 15 years-old. SOLEDAD admitted to making threatening communications to "John Doe AM" in an effort to get "John Doe AM" to produce and send him child pornography. SOLEDAD admitted to having victimized other children in a similar manner. SOLEDAD signed a consent

form for your affiant to assume the online accounts SOLEDAD used to communicate with minors. Your affiant seized nine digital devices from SOLEDAD's bedroom during the execution of the warrant.

16. A review of SOLEDAD's devices and internet accounts led to the identification of five additional victims besides "John Doe AM." The additional victims are boys between the ages of 12 and 15 years-old, located in Illinois, Georgia, Tennessee, Texas and California. In each instance, SOLEDAD had communicated with the children while posing as either a male minor or an adult female. In each instance, SOLEDAD had coerced the children to engage in sexually explicit conversations and to produce sexually explicit images and videos. SOLEDAD extorted five of the six identified victims who attempted to block him from further communications or who were not cooperating with his demands. SOLEDAD did this by threatening to post the nude images and videos he had received from his victims onto social medial platforms, such as Twitter, if they did not continue to follow his demands. Additional similar communications with individuals who appear to minors were located within SOLEDAD's devices and internet accounts; but those victims are currently unidentified by law enforcement.

    **B.**    **Detailed Statement of Probable Cause**

           1.    <u>Initial Complaint to Wheaton Police Department</u>

17. According to reports from Wheaton Police Department, on February 23, 2016, a Snapchat user with the user account "linkinparkrocks" (later identified as SOLEDAD) and the persona of a 13-year-old boy named "Bentley," initiated a conversation with "John Doe AM." "John Doe AM" is a 13-year-old boy located in Illinois. SOLEDAD stated that he followed "John Doe AM's" YouTube channel. "Linkinparkrocks" told "John Doe AM" that he (John Doe AM) was cute. When "John Doe AM" responded saying that he was not gay, "linkinparkrocks" changed his online persona and represented that he was actually "Bentley's" 19-year-old sister. "Linkinparkrocks" began sending "John Doe AM" pornographic material depicting a female and convinced "John Doe AM" that he ("linkinparkrocks") was a female. "Linkinparkrocks" then

convinced "John Doe AM" to send sexually explicit images of himself in return. In response to "linkinparkrocks's" requests, on February 25, 2016, "John Doe AM" filmed and then sent a video depicting "John Doe AM" masturbating. "John Doe AM's" penis is visible in the video. "Linkinparkrocks" and "John Doe AM" exchanged sexually explicit messages via Snapchat, Twitter, and text message. When "John Doe AM" attempted to end communications with "linkinparkrocks," "linkinparkrocks" threatened to leak the nude images of "John Doe AM" onto social media.

18.     On or about February 27, 2016, "John Doe AM," accompanied by his parents, reported the incident to the Wheaton Police Department ("WPD") in Wheaton, Illinois. WPD obtained consent to search "John Doe AM's" phone and to assume "John Doe AM's" Snapchat profile. WPD recovered text messages between "John Doe AM's" phone number and the mobile phone number "909-441-2089" that were sexually explicit. "John Doe AM" told WPD that the phone number belonged to the individual using the "linkinparkrocks" Snapchat account. WPD subsequently assumed "John Doe AM's" Snapchat identity and began communicating, in an undercover capacity, with "linkinparkrocks." One of the messages that the WPD received from "linkinparkrocks" contained a nude image of "John Doe AM" followed by "…all you gotta do is be my bitch and keep me happy and no one will know. I won't ask you to do anything crazy just keep me happy and you'll be safe."

19.     WPD issued subpoenas to AT&T Internet, the internet service provider "linkinparkrocks" used to access the "linkinparkrocks" Snapchat account, as well as to AT&T Mobile, for the phone number 909-441-2089, used to text "John Doe AM." Additionally, WPD served state search warrants on the Snapchat accounts "Linkinparkrocks" and "Linkinparkrock2." In response, AT&T Internet identified the internet service as being assigned to the SOLEDAD RESIDENCE in Eastvale, California. AT&T Mobile identified the phone number used to text "John Doe AM," 909-441-2089 ("SOLEDAD'S PHONE), as belonging to SOLEDAD at the SOLEDAD RESIDENCE.

      2.    <u>Homeland Security Investigation into SOLEDAD</u>

20. In April of 2016, WPD requested assistance from Homeland Security on this investigation. Your affiant began investigating SOLEDAD.

21. In April 2016, I obtained a Federal Ping Order for SOLEDAD'S PHONE. The GPS coordinates reported by AT&T resolved to locations associated with SOLEDAD such as SOLEDAD'S RESIDENCE and two different college campuses where SOLEDAD was attending classes at the time.

22. In April of 2016, I learned from the Riverside Sexual Assault Felony Enforcement (SAFE) Taskforce that they had received multiple CyberTips from the National Center for Missing and Exploited Children documenting reports from Dropbox reporting that SOLEDAD'S Dropbox account, registered with email account "franky_soledad@yahoo.com," had uploaded numerous images and videos of suspected child pornography.

23. On May 12, 2016, I obtained federal search warrants for the SOLEDAD RESIDENCE and the Dropbox account registered to "franky_soledad@yahoo.com." The results of the Dropbox search warrant revealed the presence of numerous pornographic videos appearing to depict children between the ages of 13 and 18 years old. The Dropbox account also contained personal documents of SOLEDAD'S such as his County of San Bernardino food handler license with his name on it as well as homework assignments with SOLEDAD's name on it.

24. On May 18, 2016, your affiant executed a federal search warrant at the SOLEDAD RESIDENCE. During the execution of the warrant, SOLEDAD waived his *Miranda* Rights and consented to an interview. During the interview, SOLEDAD confessed to viewing child pornography for years. SOLEDAD stated that he initially used peer-to-peer applications to obtain child pornography. SOLEDAD stated that he now uses the "Dark Web" and Snapchat for child pornography. SOLEDAD described going to the website YouNow to watch users'

broadcasts. SOLEDAD stated that when he sees someone he is interested in he asks them for their Snapchat information.

25.   SOLEDAD said he usually pretends to be a boy, and sometimes a girl while communicating with the children and oftentimes, will ask them for photos. SOLEDAD admitted to using the Snapchat account "linkinparkrocks," and the "Bentley" persona. Your affiant showed SOLEDAD screen captures of the threatening communications he sent to "John Doe AM," as well as a redacted version of the nude image of "John Doe AM" that SOLEDAD sent during that communication. I asked SOLEDAD why he was talking to kids like this. SOLEDAD initially stated that he did not know, but then stated he gets pleasure out of it.

26.   SOLEDAD described using a digital device, such as his tablet, to video-record the screen of another digital device, such as his iPhone, in order to save Snapchat content he received. SOLEDAD described how he then emailed the video recordings he created to his linkinparkrock94@yahoo.com account or his "main" account franky_soledad@yahoo.com.

27.   SOLEDAD stated that the last time he used his Snapchat account was the day before the search warrant, May 17, 2016. SOLEDAD stated that believed that the last time he received an image or video, using Snapchat, that depicted minors engaged in sexual conduct had been within the week.

28.   SOLEDAD stated that he is sexually interested in boys and girls between the ages of 13 to 17 years old. SOLEDAD informed me that he knew it was illegal to possess, receive, and distribute child pornography. Similarly, SOLEDAD informed me that he knew that it was illegal to ask a child to produce child pornography. SOLEDAD identified the digital devices within the SOLEDAD RESIDENCE that contained child pornography or that he used to communicate with children. SOLEDAD provided the passcodes for the digital devices requiring

them. SOLEDAD signed a consent form allowing your affiant to assume his internet accounts. Your affiant seized nine digital devices from SOLEDAD's bedroom.

### 3. Takeover of Twitter Account @linkinparkrock2

29. Pursuant to the signed consent form, your affiant logged into the Twitter account @linkinparkrock2. The Twitter account was "following" the Twitter account belonging to "John Doe AM." SOLEDAD's most recent tweets contained images depicting one identified child victim "John Doe GK" from Illinois in addition to a currently unidentified individual "John Doe RH," who represented himself as a minor. The tweets also disclosed personal information about the minors. The tweets are consistent with SOLEDAD's other threatening communications on Snapchat which discuss the "leaking" of nude images.

30. On April 5, 2016, SOLEDAD posted an image depicting a collage of three images each depicting the same young unidentified teen ("John Doe RH"). In each image, "John Doe RH" is shirtless and appears to be wearing black bottoms. In two of the images, "John Doe RH" is depicted with one of his hands down his pants. Along with the image was the message: "@JOHN DOE RH if you want pics or vids of John Doe RH and his number I'm leaking them all. Add my snapchat bentleyisqueen"

31. On April 13, 2016, SOLEDAD tweeted another image depicting a collage of four photos of "John Doe RH." In two of the images, "John Doe RH" is shirtless, and in one of the images, "John Doe RH" has one hand down the front of his pants. Along with the image, SOLEDAD tweeted the message: "[K]ids name is John Doe RH, he's 14. Leaking his nudes vids and pics his number is (REDACTED). He's a younower n asshole"

32. On May 11, 2016, SOLEDAD tweeted an image depicting the additional identified John Doe from Illinois ("John Doe GK") holding his exposed penis. The tweet also contained the message "@JOHN DOE GK." SA Ruiz attempted to search for John Doe GK's Twitter account but it appears that specific account mentioned in the post no longer exists.

### 4. Subsequent Identification of Additional Victims

33. Your affiant reviewed the contents of the devices seized from SOLEDAD's RESIDENCE and the contents of SOLEDAD's internet accounts. Based on the data I reviewed, your affiant was able to identify, locate and arrange interviews of five additional children SOLEDAD had targeted in schemes similar to "John Doe AM's" victimization. These victims ranged in age from 12 to 15 years-old. The victims were located in Illinois, Georgia, Tennessee, Texas and California. The victims were each interviewed by law enforcement located in their respective states. Your affiant has reviewed these reports and spoken to the law enforcement agents about these interviews. Each of the victims reported sending nude images, and in some cases videos, to SOLEDAD's internet accounts and/or cellular phone. Two of these victims, in addition to John Doe AM, reported that the person using SOLEDAD's accounts had threated to leak the nude images on social media if the victim did not continue to produce child pornography for SOLEDAD. The victims each identified nude images and/or videos that they had produced at SOLEDAD's requests. None of the victims were initially aware that they were communicating with an adult man.

34. Several of the victims were very distressed about their victimization. The victim from Georgia, "John Doe MF," cried during his interview with law enforcement and stated that SOLEDAD would contact him both day and night, including while he was at school. This victim stated that he sent SOLEDAD a requested nude image in an effort to comply with SOLEDAD's demands so that SOLEDAD would leave him alone. "John Doe MF" said that he repeatedly asked SOLEDAD to stop contacting him and leave him alone. The victim from Texas, "John Doe MW," also cried when interviewed by law enforcement. "John Doe MF" said that he felt like a "horrible person" because of his production of the videos.

35. SOLEDAD's devices contained some of the images and videos that the identified child victims had produced and sent to SOLEDAD. In at least one of the videos, SOLEDAD can be heard instructing the child to "grind" for him and telling the child, "you are my bitch remember."

36. One of the images recovered from SOLEDAD'S iPhone 6 appears to be a screenshot of a Twitter account containing the same profile picture found on SOLEDAD'S Twitter account @linkinparkrock2. The Twitter post contains one of the screen captures found on SOLEDAD'S iPhone 6 that depicted "John Doe JT" from Tennessee. The Twitter post also contained the following message: "Kids name is (REDACTED), he's 15, I have nudes vids and his number, snapchat, and Skype dm me if you want them!"

37. Recovered from SOLEDAD's email account, franky_soledad@yahoo.com, was the video "John Doe AM" identified as having produced and sent to SOLEDAD at SOLEDAD's request. The video, titled "20160225_174150.mp4," depicts "John Doe AM" masturbating. The video is eight seconds long and is closely focused on "John Doe AM's" penis.

38. Also recovered from SOLEDAD's email account, franky_soledad@yahoo.com, were emails that SOLEDAD sent himself that contained attached files depicting screen captures of the Snapchat image depicting the penis of "John Doe DO" from California. Similarly, one attachment SOLEDAD emailed to himself was a video-recording SOLEDAD created of himself opening the Snapchat message containing the image of "John Doe DO's" exposed penis. The video and images were also recovered on SOLEDAD's LG Tablet. On the night of May 17 and into the morning of May 18, 2016, SOLEDAD emailed "John Doe DO" from California using his linkinparkrocks94@yahoo.com account. SOLEDAD sent this victim pornographic videos of a female, which the victim thought had been self-produced. In return, the victim replied to the email and attached a video of himself masturbating.

39. Forensic Interview Specialist Kimberly Penna interviewed "John Doe DO" from California. During his interview, "John Doe DO" stated that he knew very little about SOLEDAD. The victim recognized SOLEDAD as someone he has seen spending time with his family but that he did not know SOLEDAD by name. "John Doe DO" stated that had never given SOLEDAD his email address, Snapchat information, or phone number and recalled only seeing SOLEDAD at family functions on one or two occasions. This victim stated that he thought he'd been communicating with a woman. I spoke with "John Doe DO's" mother

- 10 -

following the interview and she informed me that her cousin is married to SOLEDAD'S family and they live at the SOELDAD RESIDENCE with SOLEDAD and other family members.

        5.     <u>Additional Forensic Findings</u>

    40.     Your affiant previewed the nine devices seized from the SOLEDAD RESIDENCE pursuant to the federal search warrant. In total, the devices contained in excess of 5,000 images and videos depicting suspected child pornography and child erotica. Each of the devices contained suspected child pornography. One of the devices contained images and/or videos of all six of the identified child victims. The vast majority of the 5,000 images and videos of child pornography found on the devices appeared to be images and videos that were self-produced by the depicted children.

        6.     <u>SOLEDAD's Travel to Mexico</u>

    41.     During my investigation into SOLEDAD and his various online accounts, I found numerous Facebook.com accounts appearing to belonging to SOLEDAD'S family members, some of which represent that they reside in Mexico. During a review of the pictures and comments posted onto the Facebook.com accounts belonging to those relatives, I found photos from June 2013 that depict SOLEDAD attending a wedding in Mexico for a family member who also resides at the SOLEDAD RESIDENCE with SOLEDAD.

    42.     I conducted records checks within databases maintained by Customs and Boarder Protection and found that on June 30, 2013, SOLEDAD was encountered by Customs and Border Protection returning from Mexico at the San Ysidro, California port of entry. Records show that SOLEDAD possessed a valid U.S. Passport Card, which he presented to Customs and Boarder Protection upon entry. I also conducted searches within Customs and Boarder Protection databases for crossings into Mexico with vehicles associated with the residents of the SOLEDAD RESIDENCE. I found that two vehicles associated Margarita Mejia, a relative of SOLEDAD who also resides at the SOLEDAD RESIDENCE, were used by Margarita Mejia, or other family members, to travel to Mexico on more than 20 occasions between August 2015 and February 2017.

## V. CONCLUSION

43. For all the reasons described above, I submit there is probable cause to believe that from in or about February 23, 2016, through on or about February 27, 2016, SOLEDAD violated Title 18, United States Code, Sections 2251(a), (e) (Production of Child Pornography).

_____
JONATHAN RUIZ, Special Agent
ICE — Homeland Security Investigations

Subscribed to and sworn before me
this ___8th___ day of March, 2017.

_____
UNITED STATES MAGISTRATE JUDGE